IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-MJ-221-DCK *SEALED*

| | |
|---|---|
| IN RE: MOTION TO DISCLOSE SEARCH WARRANT, APPLICATION AND AFFIDAVIT FOR 9401 BRAEMAR TERRACE, CHARLOTTE, NORTH CAROLINA, | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Disclose Search Warrant, Application, And Affidavit" filed by the United States of America (Document No. 5) on January 28, 2013. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS THEREFORE, ORDERED** that "Government's Motion To Disclose Search Warrant, Application, And Affidavit" (Document No. 5) is **GRANTED.** The United States of America may disclose and provide a copy of the search warrant, application, and affidavit sealed in this matter (Document No. 3) to counsel for Defendant, Paul Durfee, Docket No. 3:12cr119-FDW-1.

**IT IS, FURTHER ORDERED** that the Government's Motion (Document No. 5), this Order, and the search warrant, application, and affidavit (Document No. 3) shall remain under seal.

Signed: January 29, 2013

David C. Keesler
United States Magistrate Judge